**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Donna Fingold

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA FINGOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>HUNTER WARFIELD, INC.,<br><br>    Defendant. | Case No.: 2:21-cv-01713-JAM-CKD<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)**<br><br>Assigned to: Hon. John A. Mendez |

///
///
///
///
///
///
///
///

- 1 -
JOINT STIPULATION AND FOR DISMISSAL OF ACTION PURSUANT TO FRCP 41(A)(1)

Plaintiff DONNA FINGOLD ("Plaintiff") and Defendant HUNTER WARFIELD, INC. ("Defendant"), through their attorneys of record, hereby jointly stipulate, and respectfully request, to dismiss this action pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: April 11, 2022   **KAZEROUNI LAW GROUP, APC**

By:  *s/ Mona Amini*
Mona Amini, Esq.
Attorneys for Plaintiff

DATED: April 11, 2022   **GOODMAN LAW FIRM, APC**

By:  *s/ Brett Goodman*
Brett Goodman, Esq.
Attorneys for Defendant

### SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained their approval for electronic signatures to this document.

By: *s/ Mona Amini*
Mona Amini

# ORDER

Having considered the parties' joint stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1), and good cause appearing therefor, the Court hereby orders:

1. This action is dismissed with prejudice; and
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: April 11, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE